# UNITED STATES DISTRICT COURT
for the

## Eastern District of California

**FILED**

MAY 29 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| **DANIEL E PURCELL**, | ) |

Case No.    **1:24-po-00021-SAB**

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release;

(2)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3)   The defendant shall notify the Court and defendant's counsel of any change of address; and

(4)   The defendant must appear at:    U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
*Place*

2500 TULARE STREET, SUITE 1501, FRESNO, CALIFORNIA 93721 , *Courtroom 9*

on JUNE 18, 2026 @10:00 Am
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 5/29/26

_____
*Defendant's signature*

Date: 5/29/26

_____
*Judicial Officer's Signature*

STANLEY A. BOONE, U.S MAGISTRATE JUDGE
*Printed name and title*