ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL E. PURCELL,<br><br>Defendant. | Case No. 1:24-po-00021-SAB<br><br>[Citations #FBLV000X and FBLV000W CA/4B]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Eric Grant, United States Attorney, and Arelis M. Clemente, Assistant United States Attorney, hereby moves to dismiss Case No. 1:24-po-00021-SAB [Citations #FBLV000X and FBLV000W CA/4B] against DANIEL E. PURCELL, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: September 3, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ *Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:24-po-00021-SAB [Citations #FBLV000X and FBLV000W CA/4B] against DANIEL E. PURCELL is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **September 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge